April 25, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MARCUS HILES, Appellant

NO. 14-12-00088-CV                          V.

ARNIE & COMPANY, P.C., Appellee

_____

Before our Court of Appeals on April 25, 2013, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

The court today heard the motion for rehearing filed by appellant Marcus Hiles. The court has duly considered the motion, withdraws the previous opinion and judgment, issues a substitute opinion and judgment, and overrules appellant's motion.

This cause, an appeal from the judgment in favor of appellee, Arnie & Company, P.C., signed October 7, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Marcus Hiles, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.